JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG  (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov

*E-FILED - 11/13/09*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WAYNE STEVEN RUSSELL,<br><br>    Defendant. | No. CR 01-20084-RMW<br><br>NOTICE OF DISMISSAL<br>AND ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice as to defendant Wayne Steven Russell.  Defendant Russell successfully completed a 12-month diversionary period on November 19, 2002 in this case.

DATED:

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

        /s/
_____
DAVID R. CALLAWAY
Chief, San Jose Branch

NOTICE OF DISMISSAL -  CR 01-20084-RMW

1

ORDER

2   Leave of Court is granted to the government to dismiss that indictment without prejudice as
3   to defendant Wayne Steven Russell.

4

5   Date: 11/13/09

*Ronald M. Whyte*

6   RONALD M. WHYTE
United States District Judge

NOTICE OF DISMISSAL - CR 01-20084-RMW 2